# Court of Appeals
## Tenth Appellate District of Texas

### 10-24-00179-CV

Erbie Hamilton Green,
Appellant

v.

Pedro A. Lopez,
Appellee

On appeal from the
County Court at Law of Navarro County, Texas
Judge. H. M. Davenport, presiding
Trial Court Cause No. CV10402

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant Erbie Hamilton Green appeals from the trial court's judgment in favor of Appellee Pedro Lopez. In his sole issue, Green contends that the trial court erred in awarding Lopez attorney's fees. In his brief, Lopez concedes error as to this issue and agrees that he should not have been awarded attorney's fees in this case. We therefore sustain Green's sole issue. We reverse the trial court's judgment relating to attorney's fees and render

judgment that Lopez shall recover no attorney's fees. The trial court's judgment is otherwise affirmed.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  April 17, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Reversed & rendered in part, affirmed in part
CV06

